UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY GOODRICH, | CASE NO. C23-5540 BHS |
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF THE ARMY, | |
| Defendant. | |

THIS MATTER is before the Court on the Department of the Army's motion for a scheduling order, Dkt. 7. The motion for scheduling order is **GRANTED**. Plaintiff shall file his federal complaint by August 18, 2023. The Army shall file its responsive pleading within 30 days of that filing.

**IT IS SO ORDERED**.

Dated this 3rd day of August, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1